1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE RETURN OF SEIZED ITEMS OF JEWELRY | ) ) ) ) ) | 1:08-mc-00012 GSA |
| ZAFRAN, YOSRA, SOMAYA, ASSMA and AMEN ALI, | ) ) ) | ORDER OF DISMISSAL WITHOUT PREJUDICE (Document 9) |
| Movants. | ) ) ) ) | |

Based on the voluntary dismissal filed by counsel for the movants on June 2, 2008, the above-captioned matter is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: **June 4, 2008**     **/s/ Gary S. Austin**
                            UNITED STATES MAGISTRATE JUDGE

1